# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD HERSHIPS,                                    No. 2:15-CV-0957-TLN-CMK-P

          Petitioner,

    vs.                                                                 <u>ORDER</u>

SUPERIOR COURT OF
CALIFORNIA,

          Respondent.

_____/

        Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for June 24, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

        IT IS SO ORDERED.

 DATED:  June 17, 2015

                                      _____
                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE