1
2
3
4
5
6
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   HOWARD HERSHIPS,                        No. 2:15-CV-0957-TLN-CMK-P

12                    Petitioner,

13          vs.                              FINDINGS AND RECOMMENDATIONS

14   SUPERIOR COURT OF
     CALIFORNIA,
15
                     Respondent.
16
     _____/
17

18          Petitioner, who is not in custody and who is proceeding pro se, brings this petition

19   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's

20   petition for a writ of habeas corpus (Doc. 1).

21          Rule 4 of the Federal Rules Governing Section 2254 Cases provides for summary

22   dismissal of a habeas petition "[i]f it plainly appears from the face of the petition and any

23   exhibits annexed to it that the petitioner is not entitled to relief in the district court."  In the

24   instant case, it is plain that petitioner is not entitled to federal habeas relief.  Petitioner challenges

25   the imposition of an $1,010.00 fine by the Sacramento County Superior Court for violation of the

26   California Vehicle Code.  Such a claim is not cognizable under § 2254.  See Bailey v. Hill, 599

                                              1

1  F.3d 976, 980 (9th Cir. 2010).

2          Based on the foregoing, the undersigned recommends that petitioner's petition for

3  a writ of habeas corpus (Doc. 1) be summarily dismissed and all pending motions be denied as

4  moot.

5          These findings and recommendations are submitted to the United States District

6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

7  after being served with these findings and recommendations, any party may file written

8  objections with the court.  Responses to objections shall be filed within 14 days after service of

9  objections.  Failure to file objections within the specified time may waive the right to appeal.

10 See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

11

12

   DATED:  July 16, 2015

13

14                                      _____
                                        **CRAIG M. KELLISON**
15                                      UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26